IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Jamy Kozak                          :

    Plaintiff                   : (Case No. 3:16-CV-750)

    v..                         : (Judge Richard P. Conaboy)

Vanesko Enterprises, Inc. et al     :
and Jeffrey P. Vanesko

    Defendant                   :

_____

**Order**

And now, this 22nd day of November, 2016, for the reasons identified in the foregoing Memorandum of Law, IT IS HEREBY ORDERED AND DECREED AS FOLLOWS:

1.    Defendants' Motion to Dismiss various counts of Plaintiff's Complaint (Doc. 7) is granted with respect to Counts 2, 7, 8, 9, 10, 11, and 12;

2.    Defendants' Motion is denied with respect to Counts 1 and 6 of Plaintiff's Complaint.

BY THE COURT

S/Richard P. Conaboy
Honorable Richard P. Conaboy
United States District Court